Max Brooks and Another, Doing Business as M. Brooks & Son, Appellants, v. Gussie Dinnerstein and Others, Respondents.— Action to foreclose a mechanic's lien. The notice of lien states that " Max Brooks and Isaac Brooks, copartners, doing business as M. Brooks & Son, reside in the town of Rockland, Sullivan County, New York." This statement is sufficiently descriptive of the residence and place of business of the lienors. Judgment reversed on the law and facts, and new trial granted, with costs to the appellants to abide the event. The court reverses finding of fact numbered sixth. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

Caledonian American Insurance Company of New York, Appellant, v. William W. Bensen and Another, Individually and Doing Business as a Copartnership under the Firm Name and Style of " Bensen & Luby," Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Mae V. Miller, as Administratrix, etc., of Frank P. Miller, Deceased, Respondent, v. The City of Albany and Others, Appellants. Catherine Kenyon, as Administratrix, etc., of Warren Kenyon, Deceased, Respondent, v. The City of Albany and Others, Appellants. Nora A. Rogers, as Administratrix, etc., of Thomas H. Rogers, Deceased, Respondent, v. The City of Albany and Others, Appellants.—Appeal, in each of three actions, from an order denying a motion made by the defendants to dismiss plaintiff's complaint. The complaint is framed under section 282-g of the Highway Law, and the plaintiff seeks to recover because of the negligence of persons employed by the city to operate municipally-owned motor vehicles. The order dismissed a separate cause of action alleged in the complaint under the Employers' Liability Act. It is alleged in the complaint that plaintiff's intestate, a fireman, came to his death through the collision of two vehicles negligently operated in connection with the fire department of the city, while going to a fire. Order unanimously affirmed, with ten dollars costs and disbursements, in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [158 Misc. 720.]

In the Matter of the Application of Booth & Flinn Company, Inc., Petitioner, for a Certiorari Order against Elmer F. Andrews, Industrial Commissioner of the State of New York, Respondent.— Determination and order annulled, without costs, on the ground that the order of this court annulling former order and determination dated October 14, 1935 (sic), had not been made and entered; and matter remitted to proceed in accordance with aforesaid order. [See 244 App. Div. 1.] Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

In the Matter of the Application of Thirza Cunniff for an Order Directing the Sale of the Realty Owned by Abigail Cunniff, Deceased. Thirza Cunniff, Respondent; Herbert C. Cunniff, as Administrator, etc., of Abigail Cunniff, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.